LOUIS J. CISZ, III, CA BAR NO. 142060
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3601
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

Attorneys for
CONSUELO CHARLTON

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>JAMES PAULETT CHARLTON,<br><br>Debtor. | Chapter 11<br><br>Case No. 04-32400 TEC11<br><br>**STIPULATION BETWEEN DEBTOR AND CONSUELO CHARLTON REGARDING PAYMENT OF CERTAIN ADMINISTRATIVE EXPENSE CLAIMS**<br><br>NO HEARING REQUIRED |

Consuelo Charlton by and through her counsel of record Thelen Reid & Priest LLP, and debtor James Paulett Charlton ("Debtor"), by and through his counsel Murray & Murray, APC hereby stipulate and agree as set forth below.

**RECITALS**

A. WHEREAS, on or about January 18, 2005, the Debtor filed a Motion to Release Sale Proceeds to Pay Administrative Expenses ("Motion to Release Proceeds");

SF #933577 v1 -1-
STIPULATION REGARDING PAYMENT OF CERTAIN ADMINISTRATIVE EXPENSE CLAIMS

Case: 04-32400   Doc# 192   Filed: 03/16/05   Entered: 03/16/05 16:08:13   Page 1 of 3

B. WHEREAS, on February 18, 2005, the Court granted the Debtor's Motion to Release Proceeds. An order in connection with the Debtor's Motion to Release Proceeds has not yet been entered by the Court.

C. WHEREAS, on February 11, 2005, Murray & Murray, as counsel for the Debtor, filed its First Interim Application for Allowance of Fees and Expenses ("M&M's First Interim Fee Application"). A hearing on M&M's First Interim Fee Application was held on Friday, March 4, 2005. At that hearing, counsel for Consuelo Charlton stated on the record that Ms. Charlton is contemplating appealing the Court's decision to grant the Motion to Release Proceeds and is concerned that allowing payment on M&M's First Interim Fee Application would prejudice Ms. Charlton's rights if she is successful on appeal. Based on that and other statements made on the record of proceedings, the Court granted M&M's First Interim Fee Application but ordered that funds would not be immediately released for payment. Instead, the Court allowed Consuelo Charlton an opportunity to file a motion to stay payment, which was to be filed by Friday, March 11, 2005.

D. WHEREAS, following the March 4, 2005 hearing, counsel for the Debtor and Consuelo Charlton discussed alternatives to filing a motion to stay and, as a result of those discussions, hereby stipulate and agree as follows:

**STIPULATION**

1. IT IS HEREBY STIPULATED THAT M&M's First Interim Fee Application may be paid from funds of the Estate, including the proceeds of the sale of the Virginia Property (as defined in pertinent moving papers) and/or the proceeds identified in the Motion to Release Proceeds;

2. IT IS HEREBY FURTHER STIPULATED that the Debtor and Consuelo Charlton reserve all rights regarding arguments that may be made in connection with an order granting the

1 | Motion to Release Proceeds or any related proceeding, including an appeal from that order.

2 |             MURRAY & MURRAY
3 |             A Professional Corporation

5 | Dated: March 16, 2005       By: /s/ Robert A. Franklin
6 |             Counsel to Debtor, James Paulett Charlton

7 | THELEN REID & PRIEST LLP

10 | Dated: March 16, 2005       By: /s/ Louis Cisz
            Counsel to Consuelo Charlton

SF #933577 v1     -3-
THELEN REID & PRIEST LLP
ATTORNEYS AT LAW
STIPULATION REGARDING PAYMENT OF CERTAIN ADMINISTRATIVE EXPENSE CLAIMS
Case: 04-32400   Doc# 192   Filed: 03/16/05   Entered: 03/16/05 16:08:13   Page 3 of 3