FOLGER LEVIN & KAHN LLP
Thomas F. Koegel
   (CSB No. 125852, tkoegel@flk.com)
Janine L. Scancarelli
   (CSB No. 197202, jscancarelli@flk.com)
Marie-Louise Radimsky
   (CSB No. 227252, mradimsky@flk.com)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: +1-415-986-2800
Facsimile: +1-415-986-2827

Attorneys for Chapter 7 Trustee
E. Lynn Schoenmann

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Chapter Number: 7 |
| JAMES PAULETT CHARLTON, | Case No. 04-32400 TEC |
| Debtor. | **STIPULATION BETWEEN TRUSTEE AND CONSUELO CHARLTON** |

## RECITALS

A. On August 24, 2004, the Debtor James Paulett Charlton ("the Debtor") filed a voluntary petition under chapter 11 in the Bankruptcy Code. Until April 4, 2005, the Debtor operated as a debtor-in-possession, at which point E. Lynn Schoenmann was appointed as the chapter 11 Trustee ("the Trustee"). On April 27, 2006, the case was converted to one under chapter 7 under the Bankruptcy Code, and Ms. Schoenmann was appointed as the chapter 7 Trustee.

B. There is currently pending a marital dissolution proceeding in the state of Utah between the Debtor and Consuelo Charlton entitled *Charlton v. Charlton*, Civil Number 034902803 in the Third Juridical District Court, Salt Lake County, Utah. In March 2005, the Debtor and Consuelo Charlton stipulated to the modification of the automatic stay "to allow the parties to proceed with the Utah Divorce Case to determine the division of the parties' assets and

liabilities, and to resolve custody, support, and other issues relating to the Utah Divorce Case."
On March 14, 2005, the Court signed and filed its "Order Approving Stipulation and Granting
Relief from the Automatic Stay."

    C.    On May 15, 2006, the United States Bankruptcy Appellate Panel of the Ninth Circuit issued its opinion vacating this court's Order Granting Motion to Release Sale Proceeds to pay administrative expenses of June 27, 2005. The Court remanded "the case from the bankruptcy court to consider the effect of the [Utah Court] Decision and the resulting supplemental divorce decree, if any, on Consuelo's interest in the proceeds from the sale of the Chagall and the use of those proceeds to pay administrative claims of the bankruptcy estate." The mandate from the Bankruptcy Appellate Panel was docketed by this Court on June 14, 2006.

    D.    On May 11, 2006, the Trustee filed her motion to authorize and approve the sale of the yacht "Zangle." On June 16, 2006, Consuelo Charlton filed her response requesting that, if the yacht is sold, the Court order the Trustee to hold the sale proceeds pending a determination of Consuelo's and the estate's respective interest in those sale proceeds.

NOW, THEREFORE, the Trustee and Consuelo Charlton stipulate as follows:

1. The Trustee may sell the yacht "Zangle" pursuant to the terms and conditions disclosed in her motion. The costs of sale, which include the cost of storage, the broker's fee, and personal property taxes, may be paid by the Trustee out of the proceeds of sale, and Consuelo Charlton shall have no right to seek recovery of such costs from the bankruptcy estate.

2. The Trustee shall hold all remaining sale proceeds of "Zangle" pending a determination by the Bankruptcy Court regarding Consuelo Charlton's and the estate's respective interests in those sale proceeds.

//
//
//
//
//
//

FOLGER LEVIN & KAHN LLP
ATTORNEYS AT LAW

| | | |
|---|---|---|
| 1 | Dated: June 23, 2006 | FOLGER LEVIN & KAHN LLP |
| 2 | | |
| 3 | | /s/ |
| | | Janine L. Scancarelli |
| | | Attorneys for Chapter 7 Trustee |
| 4 | | E. Lynn Schoenmann |

1  Dated: June 23, 2006                    FOLGER LEVIN & KAHN LLP

                                                    /s/
                                           Janine L. Scancarelli
                                           Attorneys for Chapter 7 Trustee
                                           E. Lynn Schoenmann

   Dated: June 23, 2006                    THELEN REID & PRIEST, LLP

                                                    /s/
                                           Louis J. Cisz, III
                                           Counsel for Consuelo Charlton

31031\4001\502288.1