

Signed and Filed: March 17, 2011

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**
_____

CROWELL & MORING LLP
Thomas F. Koegel (CSB No. 125852, tkoegel@crowell.com)
Jason M. Horst (CSB No. 245370, jhorst@crowell.com)
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES PAULETT CHARLTON,, <br><br> Debtor, | Case No. 04-32400 TEC 7 <br><br> **ORDER APPROVING SETTLEMENT AGREEMENT** <br><br> Location: 235 Pine Street, 22nd Floor <br> San Francisco, California <br> Judge: Hon. Thomas Carlson |

Pursuant to Bankruptcy Local Rule 9014(b)(4), Trustee E. Lynn Schoenmann of the Chapter 7 bankruptcy estate of James Paulett Charlton ("Trustee") filed a Motion for an Order to Approve Settlement Agreement entered into by and between the Trustee, the Debtor, and Consuelo Charlton (the "Motion"). After the passage of the required 21-days from the filing of the Motion, pursuant to Bankruptcy Local Rule 9014-1(b)(4) the Trustee filed a Request for Order by Default Granting the Motion (the "Request").

Having considered the Motion, the Request and all related pleadings and documents, and good cause appearing therefore, and the Court finding that no party timely filed an objection to or requested a hearing regarding the Motion under Local Bankruptcy Rule 9014-1,

IT IS HEREBY ORDERED THAT:

1. The notice of the Motion is approved as proper and adequate under the circumstances.

| | |
|---|---|
| 1 | 2. The Request and Motion are granted. The Settlement Agreement is approved. |
| 2 | * * * END OF ORDER * * * |